UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

CASE NO.: CV 16-05970 SJO (JEMx)   DATE: September 29, 2016

TITLE: Unicolors, Inc. v. B. Boston and Associates, Inc. et al

========================================================================
PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

| Victor Paul Cruz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

**COUNSEL PRESENT FOR PLAINTIFF(S):**   **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                            Not Present

========================================================================
**PROCEEDINGS (IN CHAMBERS):** ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

In light of Plaintiff's Response to Order to Show Cause filed on September 28, 2016 [Doc. # 14], the Court hereby continues the Order to Show Cause re Dismissal for Lack of Prosecution [Doc. #13] to **October 19, 2016 .**

The court will consider the filing of the following as an appropriate response to this Order to Show Cause, on or before the above date:

Answer or Response by the Defendant(s);

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the court's Order may result in the dismissal of the action.

**IT IS SO ORDERED**.